IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TARRUS H. KELLY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3312

Opinion filed September 4, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Tarrus H. Kelly, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.  See Fla. R. App. P. 9.141(c)(5)(A).

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.